# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

INSOUTH BANK,

v.

JOSEPH TELESE, BRUCE OLSTER and           CASE NUMBER:    1:03-1290-T/An
MADELINE OLDSTER

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled case on 7/15/05, the plaintiff's Motion for Judgment against Defendants pursuant to the settlement agreement is GRANTED. Defendants Bruce and Madeline Olster are ORDERED to pay plaintiff in the amount of $79,536.55, with interest of 10% per annum, and defendant Telese is ordered to pay plaintiff in the amount of $105,343.00, with interest of 10% per annum.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/20/05   BY:   C. Herd
DATE              DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  7/20/05 .

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:03-CV-01290 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Charles R. Bone
LAW OFFICES OF J. HOUSTON GORDON
511 Union St.
Ste. 1610
Nashville, TN 37219

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable James Todd
US DISTRICT COURT